IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02238-MSK-MJW

ALLEN GRIDER,

Plaintiff,

v.

STEVEN ZITO, individually and in his capacity as a Deputy Sheriff for Adams County, Colorado, and
MICHAEL MCINTOSH, in his capacity as Sheriff of Adams County, Colorado and Adams County, Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Leave to File Amended Complaint (Docket No. 12) is granted, and the tendered Amended Complaint (Docket No. 12-1) is accepted for filing as of the date of this Minute Order.

It is further ORDERED that the Unopposed Motion for Leave to File Amended Complaint (Docket No. 10) is denied as moot.

Date: November 3, 2015