IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02238-MSK-MJW

ALLEN GRIDER,

Plaintiff,

v.

STEVEN ZITO, individually and in his capacity as a Deputy Sheriff for Adams County, Colorado, and
MICHAEL MCINTOSH, in his capacity as Sheriff of Adams County, Colorado and Adams County, Colorado,

Defendants.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for a Protective Order (docket no. 23) is GRANTED finding good cause shown.  The written Protective Order (docket no. 23-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: December 16, 2015