IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02238-MSK-MJW

ALLEN GRIDER,

Plaintiff,

v.

STEVEN ZITO, individually and in his capacity as a Deputy Sheriff for Adams County, Colorado, and
MICHAEL MCINTOSH, in his capacity as Sheriff of Adams County, Colorado and Adams County, Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison (Docket No. 32) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants may depose Plaintiff in his correctional facility at a date and time agreed upon by the parties and the correctional facility.

Date: March 22, 2016